# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANDOVAL,<br><br>        Petitioner,<br><br>        v.<br><br>MICHAEL F. MARTEL, Warden,<br><br>        Respondent. | Case No. CV 14-4920-R (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 3, 2015

                                MANUEL L. REAL
                        UNITED STATES DISTRICT JUDGE